IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONALD AU , | ) | CV 11-00541 SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE FUNDING GROUP, INC.; | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| SERVICING, INC., nka Homeward | ) | |
| Residential, Inc.; OPTION ONE | ) | |
| MORTGAGE CORPORATION, nka | ) | |
| Sand Canyon Corporation; DOE | ) | |
| DEFENDANTS 1-10; DOE | ) | |
| CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 19, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Grant in Part and Deny in Part Defendant Option One Mortgage Corporation (now known as Sand Canyon Corporation)'s Motion for Attorneys' Fees and Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 18, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Ronald Au v. The Funding Group; Civ. 11-00541 SOM/KSL, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION